UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

## CIVIL MINUTES - GENERAL

| Case No. | CV 08-3615-GHK (Ex) | Date | July 23, 2008 |
|---|---|---|---|
| Title | *Acceptance Insurance Co. v. American Safety Risk Retention Group, Inc., et al.* | | |

**Presiding: The Honorable**   GEORGE H. KING, U.S. DISTRICT JUDGE

| Beatrice Herrera | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| (none) | (none) |

**Proceedings:**   (In Chambers) Order Remanding Action to State Court

On June 19, 2008, we issued an Order to Show Cause ("OSC") in the above-captioned action. Defendants American Safety Risk Retention Group, Inc. and American Safety Indemnity Company (collectively "Defendants") were ordered to provide information regarding their own citizenship, as well as the citizenship of Plaintiff Acceptance Insurance Company ("Plaintiff"). We cautioned Defendants that their failure to timely and adequately show cause as required by our OSC would be deemed their admission that this Court lacks subject matter jurisdiction. Defendants' response was filed on July 2, 2008.

While Defendants' response includes the required information regarding their own citizenship, it failed to provide the required information regarding Plaintiff's citizenship. Defendants did not state that they were unable to obtain the necessary information or request more time to adequately respond to our OSC. Therefore, Defendants have violated our OSC and have failed to carry their burden of establishing jurisdiction. Citizenship of the parties is a matter of this Court's subject matter jurisdiction, and "[w]ithout jurisdiction the court cannot proceed at all in any cause. Jurisdiction is power to declare the law, and when it ceases to exist, the only function remaining to the court is that of announcing the fact and dismissing the cause." *Ex parte McCardle*, 74 U.S. 506, 514 (1868).

Our exercise of jurisdiction under 28 U.S.C. § 1332 requires complete diversity between Plaintiff and Defendants, and absent a proper showing of citizenship, we cannot conclude that we have subject matter jurisdiction over this action. As such, this action is hereby **REMANDED** to the state court from which is was removed.

**IT IS SO ORDERED.**

                                                                                              :

                                   Initials of Deputy Clerk   AB for Bea